# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT ROUNTREE ) | Civil No. C08-5273 JKA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR |
| ) | EXTENSION OF TIME |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant ) | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall have an extension to and including September 30, 2008, to file Plaintiff's Opening Brief. It is further ORDERED that Defendant shall have to and including October 28, 2008, to file Defendant's Responsive Brief. It is further ORDERED that Plaintiff shall have to and including November 11, 2008, to file Plaintiff's Reply Brief.

DATED this 16th day of September, 2008.

　　　　　　　　　　　　　　　　　　 /s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER [C08-5273 JKA] -1

Springer, Norman & Workman
910 12th Avenue – PO Box 757
Longview, WA 98632
(360) 423-3810
Fax (360) 423-3812

1 Presented by:

3 s/ TEAL M. PARHAM    WSB #21954
Attorney for Plaintiff
4 910 12th Avenue, P.O. Box 757
Longview WA  98632
5 Telephone: (360) 423-3810
FAX:  (360) 423-3812
6 tparham@qwestoffice.net

ORDER  [C08-5273 JKA] -2